**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

<u>      Alexandria      </u>   Division

**In re**  Sherri Harris

**Case No.**  18-13633-BFK

**Debtor(s)**                    **Chapter 13**

### ORDER EXTENDING TIME TO FILE CHAPTER 13 PLAN, LISTS, SCHEDULES AND STATEMENTS AND REQUIRING DEBTOR TO GIVE NOTICE

The debtor(s) have filed a motion to extend the time for filing their Chapter 13 plan, lists, schedules and statements.   Accordingly it is **ORDERED** that

1.  the debtor's motion to extend the time to file a plan is granted.

2.  the deadline for filing a Chapter 13 plan is extended to  <u>            11/27/2018            </u>.

**3**.  **the debtor(s) shall forthwith notify the trustee and all creditors of the respective deadline set for the filing of the plan.**

4.  under authority of Local Bankruptcy Rule 1007-1, the time is extended to <u>            11/27/2018            </u>, for filing all lists, schedules and statements.

5. failure of the debtor(s) to file the plan, lists, schedules and statements on or before the deadlines set forth in paragraphs 2 and 4 above will result in the case being dismissed.

WILLIAM C. REDDEN
Clerk of Court

Date: <u>November 13, 2018       </u>       By <u>/s/ Lilian Palacios                   </u>
                                                                    Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET

<u>November 13, 2018         </u>

.

[oex13ps ver. 01/10]