## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

In re:   Sherri Harris                                              Chapter 13

                        Debtor(s)                          Case No. 18-13633-BFK

### ORDER MODIFYING CLAIM #3 OF POTOMAC CLUB
### OWNER'S ASSOCIATION, INC.

        This matter came before the court on the Debtors' objection to Claim #3 of

Potomac Club Owner's Association, Inc., and it seeming right and proper; it is hereby;


**ORDERED** that claim #3 of Potomac Club Owner's Association, Inc. shall be treated as

wholly unsecured.


Dated: Mar 6 2019                               /s/ Brian F. Kenney
_____                      _____
                                                 Brian F. Kenney
                                                 United States Bankruptcy Judge

                                                 Entered on Docket: March 6, 2019

I ASK FOR THIS:

/s/ Robert R. Weed
Robert R. Weed, VSB #24646.
Attorney for Debtor
Law Offices of Robert R. Weed
1376 Old Bridge Rd., Ste. 101-4
Woodbridge, VA  22192
(703) 335-7793


SEEN AND AGREED:

/s/ Jeremy Huang
Jeremy Huang, VSB #76861
Attorney for Potomac Club Owner's Association, Inc.
Chadwick, Washington, Moriarty, Elmore & Bunn, P.C.
3201 Jermantown Road, Suite 600
Fairfax, VA  22030
(703) 352-1900

SEEN:

/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street #400
Alexandria, VA 22314
(703) 836-2226

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties
pursuant to Local Rule 9022-1(C).

/s/ Robert R. Weed_____
Robert R. Weed, Attorney for Debtor

Copies to:

Potomac Club Owner's Association, Inc.
Chadwick Washington Moriarty Elmore & Bunn
Attn:  Jeremy C. Huang
3201 Jermantown Road, Suite 600
Fairfax, VA  22030